IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES D. SUNDLY #293078,

                Plaintiff,                               ORDER

    v.                                                     08-cv-506-slc

DEP. J. WILSON, DEP. MARKGRAF,
DEP. SEELEY, DEP. MILLER,
SRGT. PORTER, S. KOWALSKI and
LT. PIERCE,

                Defendants.

---

In an order dated October 2, 2008, this court granted plaintiff leave to proceed on claims for excessive force and failure to provide medical care under the Eighth Amendment. Although plaintiff's request to proceed *in forma pauperis* was granted, the court refrained from forwarding his complaint to the marshals for service because plaintiff had failed to include a request for relief as required by Fed. R. Civ. P. 8(a)(3). Plaintiff has now complied with the court's order to file a supplement to his complaint in which he requests $250,000 in damages. As a result, copies of plaintiff's complaint, his supplement and the order screening

his complaint may now be sent to the U.S. Marshals for service on the defendants.

Entered this 10th day of October, 2008.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge