# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JAMES D. SUNDLY,

    Petitioner,

v.

DEP. J. WILSON, DEP. MARKGRAF,
DEP. SEELEY, DEP. MILLER,
SRGT. PORTER, S. KOWALSKI
and LT. PIERCE,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-506-slc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____6/5/09_____
Date